# CERTIFICATE OF APPRECIATION

## YOUNG ADULT DETERENCE PROGRAM

This certificate is given to:

*Bruce Wayne*

In appreciation for the contributions in helping to change the lives of the young men who participate in "The Young Adult Deterence Program".

You have helped to make a difference in other's lives.

Presented on June 2002

_____
Chris Moser, Program Coordinator

_____
Hattie P Sims, Program Supervisor

EX A

# Certificate of Achievement

This certificate presented to:

*Bruce Wayne*

Has successfully completed the:

## The "Keeping It Real" Program

A Program For Personal Change

December 31, 2001

_____          _____
**Chris Moser, Program Coordinator**              **Hattie P. Sims, Program Supervisor**

F.C.I. Allenwood 2001

# "Keeping It Real"

## A Program For Personal Change

# Certificate of Excellence

Is hereby granted to:

*Bruce Wayne*

for outstanding participation.

Presented on December 31, 2001

Granted by: _____
Chris Moser, Program Coordinator

```
CAA2Q              *         PROGRESS REPORT          *      12-15-2007
PAGE                                                         14:00:39

RSP OF: CAA CANAAN USP              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        3057 EASTON TURNPIKE
        WAYMART, PA 18472
        570 488-8000
NAME: WAYNE, BRUCE LEVETT           REGNO: 52075-060 AGE(DOB): 38/10-04-1969
```

| INMATE REVIEWED/SIGNATURE | DATE 12-15-2007 | STAFF SIGNATURE |
|---|---|---|
| *[signature]* | | *[signature]* |

```
TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL XX PRE-RELEASE ___ TRANSFER ___ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
    LOW    /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

T 21 USC 846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT
 TO DISTRIBUTE COCAINE AND COCAINE BASE, A SCHEDULE II NARCOTIC
   360 MONTHS                          /     10 YEARS

DATE COMPUTATION BEGAN: 11-01-1994
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED:<br>+ JAIL CREDIT - INOP TIME |
|---|---|---|
| 0    /0    /47 | 655 | M:    157 D: 15<br>+ 267    JC - 0      INOP |

```
PROJECTED RELEASE DATE: 05-08-2020 |PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
NONE ON FILE


DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                        BP-CLASS-3
```



```
NAME:  WAYNE, BRUCE LEVETT                                    REGNO: 52075-060
------------------------- INSTITUTIONAL ADJUSTMENT --------------------------
A.  PROGRAM PLAN: During inmate Wayne's previous program review at USP Canaan he
    was encouraged to enroll in educational programs and participate in recreation.
    His Unit Team also recommended that he earn good work evaluations, and maintain
    clear conduct


B.  WORK ASSIGNMENTS: Inmate Wayne has been assigned the job post of USP COOK AM
    for approximately 20-months, where he has consistently earned good work
    evaluations.

INST    WORK ASSIGNMENT                       START DATE      STOP DATE

CAA     USP COOK A  USP COOK AM               08-26-2007      CURRENT
CAA     USP VACAT   USP VACATION              08-19-2007      08-26-2007
CAA     USP COOK A  USP COOK AM               07-30-2006      08-19-2007
CAA     USP VACAT   USP VACATION              07-23-2006      07-30-2006
CAA     USP COOK A  USP COOK AM               04-13-2006      07-23-2006
CAA     USP F/S AM  USP FOOD SERVICE          11-03-2005      04-13-2006
CAA     SHU UNASSG  SHU UNASSG                10-27-2005      11-03-2005
CAA     USP F/S AM  USP FOOD SERVICE          03-21-2005      10-27-2005
CAA     USP A&O     USP A&O                   03-15-2005      03-21-2005
CAA     USP W A&O   USP W A&O                 03-14-2005      03-15-2005
CAA     SHU UNASSG  SHU UNASSG                03-10-2005      03-14-2005
ALM     FS DIN AM   6 VARIOUS FS POSITIONS    12-20-2004      03-10-2005

C.  EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Wayne possesses a GED, and has
    participated in educational programming at USP Canaan.  Inmate Wayne has
    completed three Release Preparation Programs(RPP) on the subject matter of
    Victim Impact for a total of fifty five hours.

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
CAA  ESL HAS    ENGLISH PROFICIENT             01-06-1995 0001 CURRENT
CAA  GED HAS    COMPLETED GED OR HS DIPLOMA    01-05-1995 1611 CURRENT

------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                     START DATE STOP DATE  EVNT AC LV  HRS
CAA        RPP VICTIM IMPACT               05-07-2007 08-15-2007  P   C  P    15
CAA        HEALTH ASPECTS OF FAST FOOD.    09-07-2006 09-21-2006  P   C  P     3
CAA        RPP VICTIM IMPACT               08-22-2005 11-18-2005  P   C  P    20
CAA        RPP VICTIM IMPACT               04-29-2005 08-05-2005  P   C  P    20


D.  COUNSELING PROGRAMS: Wayne has not yet participated in any organized
    counseling groups, however he utilizes his unit team on an as needed basis.

E.  INCIDENT REPORTS: Inmate Wayne has not incurred any incident reports since
    April, 2005.

-----------------------------------------------------------------------------
UDC HEARING DATE/TIME: 04-28-2005 1345      INCIDENT DATE/TIME: 04-26-2005 0850
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:     LAW:
```

NAME: WAYNE, BRUCE LEVETT                                          REGNO: 52075-060

F.  INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| CAA | A-DES | TRANSFER RECEIVED | 03-10-2005 |

G.  PHYSICAL AND MENTAL HEALTH: Inmate Wayne is assigned to regular duty with no medical restrictions.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: Inmate Wayne has satisfied his financial obligation in the Inmate Financial Responsibility Program(IFRP).

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 06-13-1995 |

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate Wayne was placed on a waiting list for several classes in the Release Preparation Program(RPP).

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP NEEDS | RELEASE PREP PGM NEEDS | 08-27-1996 |

PRE-RELEASE PREP DATE: 11-08-2019

RESIDENCE: Subject to verification by the United State Probation Office.

EMPLOYMENT: To be established upon release.

USPO: Western District of Pennsylvania
      United States Probation
      Suite 1100
      411 Seventh Avenue
      Pittsburgh, PA 15219-1919

J.  RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
    CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

    18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

    ( ) YES   (X) NO

    18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

    DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____ CASE MANAGER 12-15-2007
             A1 UNIT    J. DUNSTONE EXT 8462

DATE TYPED: 12-15-2007

REVIEWED BY: _____ UNIT MANAGER (DATE) _____
             A1 UNIT    K. LINDSAY 570-488-8006