AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRUCE LEVETT WAYNE | ) | Case No: CR 94-17 Erie |
| | ) | USM No: 52075-060 |
| Date of Previous Judgment: 11/01/1994 | ) | Cheryl Sturm, Esquire |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360__ months **is reduced to** __324 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 360 to Life months | Amended Guideline Range: | 324 to 405 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __11/01/1994__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7/7/08

Effective Date: 7/7/08
(if different from order date)

_Maurice B. Cohill, Jr._
Judge's signature

Maurice B. Cohill, Jr, U.S. District Judge
Printed name and title